# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAKEEN BROWN,<br><br>        Plaintiff,<br><br>v.<br><br><br>VIVINT SOLAR, INC., DAVID BYWATER, DAVID F. D'ALESSANDRO, BRUCE MCEVOY, JAY D. PAULEY, TODD R. PEDERSEN, ELLEN S. SMITH, JOSEPH S. TIBBETTS, JR., and PETER F. WALLACE,<br><br>        Defendants. | Civil Action No. 1:20-cv-06900 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Wakeen Brown hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2020

                                            Respectfully submitted,

                                            By: */s/ Joshua M. Lifshitz*
                                            Joshua M. Lifshitz
                                            Email: jml@jlclasslaw.com
                                            **LIFSHITZ LAW FIRM, P.C.**
                                            821 Franklin Avenue, Suite 209
                                            Garden City, New York 11530
                                            Telephone: (516) 493-9780
                                            Facsimile: (516) 280-7376

                                            *Attorneys for Plaintiff*